**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6389**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL JAMES TAYLOR,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Martin K. Reidinger, Chief District Judge.  (2:11-cr-00022-MR-WCM-10)

_____

Submitted:  October 19, 2023                          Decided:  October 24, 2023

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael James Taylor, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael James Taylor appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). After reviewing the record, we conclude that the district court did not abuse its discretion in concluding that Taylor failed to establish an extraordinary and compelling reason for granting compassionate release or that the 18 U.S.C. § 3553(a) factors did not warrant reducing Taylor's sentence. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Taylor*, No. 2:11-cr-00022-MR-WCM-10 (W.D.N.C. Mar. 28, 2023). We deny Taylor's motions to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*